USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

# HALSBAND LAW OFFICES

ATTORNEYS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET, EAST WING
THIRD FLOOR, SUITE 304
HACKENSACK, NEW JERSEY 07601
T. 201.487.6249
F. 201.487.3176
Email: david@halsbandlaw.com
Web: www.halsbandlaw.com

DAVID S. HALSBAND
ADMITTED TO NJ, NY & MA BARS

JYOTI M. HALSBAND
ADMITTED TO NJ & NY BARS

February 11, 2020

**Via ECF**

Analisa Torres, United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Santiago v. Thong Sook Corp., et al.
Civil Action No. 19-cv-5747-AT**

Dear Judge Torres:

I represent the Defendants in the above-referenced case. A status conference is scheduled for March 23, 2020 at 11:00 a.m. I have a conflict on that day as I have a mediation in another case through the court's mediation program that will be held in midtown starting at 10:00 a.m. This is the first request for an adjournment of the March 23, 2020 conference. Plaintiff's counsel consents to this request. Both parties request that the conference be rescheduled for April 28, 29, or 30, 2020.

In addition, factual discovery closes March 4, 2020. The case was recently assigned to Magistrate Cave for settlement and she has scheduled a conference call for February 20, 2020 to discuss settlement. The parties would like to explore settlement with Magistrate Cave before conducting depositions. Accordingly, the parties respectfully request that factual discovery be extended to April 30, 2020, which will allow the parties to explore settlement with Magistrate Cave and then to conduct depositions only thereafter if necessary. This is the first request for an extension of factual discovery.

Respectfully,

s/David S. Halsband
David S. Halsband

cc: Jordan Gottheim, Esq.
Counsel for Plaintiff

GRANTED in part, DENIED in part. The case management conference scheduled for March 23, 2020, is ADJOURNED to **April 6, 2020**, at **2:20 p.m.** By **March 30, 2020**, the parties shall submit their joint status letter. The discovery deadline is extended to **March 20, 2020**.

SO ORDERED.

Dated: February 11, 2020
New York, New York

ANALISA TORRES
United States District Judge