# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

March 17, 2020

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>Cruz Santiago et al v. Thong Sook Corporation</u>
                  1:19-cv-05747-AT-SLC

Your Honor:

      My firm and I represent Plaintiff in the above-captioned matter. This matter was scheduled for a March 30, 2020 settlement conference before Your Honor. Today, Your Honor ordered (Docket No. 33), ostensibly in response to the ongoing public health situation, that said settlement conference be adjourned to April 28.

      Prior to Your Honor's Order rescheduling the settlement conference, I arranged for mediation in another matter, originally scheduled for this week, to be rescheduled for April 28. Such rescheduling proved unusually difficult as there were few dates that all affected parties were available. Accordingly, I respectfully request that this settlement conference be adjourned to sometime in May. As of now, I am available, for example, on May 13-15 and the entire week of May 18-22.

      Plaintiff thanks Your Honor for your consideration of this request.

                        Respectfully Submitted,

                        /s/ Jordan Gottheim
                        Jordan Gottheim, Esq.
                        MICHAEL FAILLACE & ASSOCIATES, P.C.
                        *Attorneys for Plaintiff*

Cc: Defendants' Counsel (via email and ECF)

---

Plaintiff's Letter-Motion to adjourn the Settlement Conference scheduled for April 28, 2020 (ECF No. 34) is GRANTED. The Settlement Conference is rescheduled to **Wednesday, May 27, 2020 at 2:00 pm with submissions due by Thursday, May 21, 2020**. The Clerk of Court is respectfully directed to close ECF No. 34.

SO-ORDERED 3/18/2020

---

*Certified as a minority-owned business in the State of l*

SARAH L. CAVE
United States Magistrate Judge