```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _3/24/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME CRUZ SANTIAGO, individually and on behalf of others similarly situated,

                            Plaintiff,

-against-

THONG SOOK CORPORATION (D/B/A NOODIES THAI KITCHEN), WORAPHONG WORACHINDA, and JOYZE NUTTAKARN,

                            Defendants.

19 Civ. 5747 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the letter dated March 22, 2022, submitted by Plaintiff's counsel, seeking to withdraw as counsel of record in this matter. ECF No. 71. Pursuant to Local Civil Rule 1.4, a movant seeking to be relieved as counsel must make a "showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement." Local Civ. R. 1.4. The Court does not consider counsel's letter to satisfy this requirement.

       Accordingly, by **March 31, 2022**, Plaintiff's counsel shall submit an affidavit, detailing <u>with specificity</u>, all attempts to contact Plaintiff, including, where possible, contemporaneous dates and times of each attempt. Plaintiff's counsel must also demonstrate that Plaintiff has been served with their application to withdraw and, by **March 31, 2022**, shall file proof of service on the docket. The Court shall stay the parties' pending deadlines for submission of their joint pre-trial materials until it has rendered a determination on counsel's motion.

       SO ORDERED.

Dated: March 24, 2022
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge