```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME CRUZ SANTIAGO,

         Plaintiff,

-against-

THONG SOOK CORPORATION (D/B/A NOODIES THAI KITCHEN), WORAPHONG WORACHINDA, and JOYZE NUTTAKARN

         Defendants.

19 Civ. 5747 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 6, 2022, the Court granted a motion allowing Plaintiff's counsel to withdraw from their representation of Plaintiff in light of Plaintiff's prolonged failure to respond to communications from his counsel. ECF No. 74. In that order, the Court directed Plaintiff to file a status letter indicating whether he intended to retain new counsel or proceed to trial in this matter on a *pro se* basis no later than June 1, 2022. *Id*. Plaintiff has failed to do so, despite being given more than adequate time to locate new counsel or otherwise appear in this matter. The Court shall, therefore, extend this deadline **for the last time**. Accordingly, by **June 23, 2022**, Plaintiff shall file his status letter. Plaintiff is warned that failure to comply with this deadline shall result in dismissal of this matter for failure to prosecute. *See Davis v. Town of Hempstead*, 597 F. App'x 31, 32 (2d Cir. 2015).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff's last-known address, 1908 Prospect Avenue, Apt. A, Bronx, NY, 10457.

    SO ORDERED.

Dated: June 9, 2022
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge